Christopher WATSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 37343.

Missouri Court of Appeals,
Western District.

April 1, 1986.

Joseph H. Locascio, Sp. Public Defender,
B. Janeen deVries, Asst. Sp. Public Defend-
er, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M.
Morris, Asst. Atty. Gen., Jefferson City,
for respondent.

Before LOWENSTEIN, P.J., and TUR-
NAGE and BERREY, JJ.

ORDER

PER CURIAM:

Appeal from denial of Rule 27.26 motion
for post-conviction relief. Judgment af-
firmed. Rule 84.16(b).